FILED

2018 AUG 29 PM 4:45

U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.: |
| Plaintiff, | ) MAGISTRATE JUDGE JONATHAN D. GREENBERG |
| v. | ) |
| AARON L. EISENBERG, et al., | ) ORDER |
| Defendants. | ) |

5:18 CR 513

Upon good cause shown, IT IS HEREBY ORDERED that the indictment in the above-captioned case, all documents relating thereto, and this Order be sealed and placed in the custody of the Clerk of Courts.

IT IS FURTHER ORDERED that upon the arrest of any defendants named in the indictment, the indictment, all documents relating thereto, and this ORDER be unsealed.

IT IS FURTHER ORDERED that an Assistant United States Attorney of the Criminal Division of the United States Attorney's Office for the Northern District of Ohio may obtain, upon request and upon the arrest of any defendant, a certified copy of this indictment should any defendant be located in another judicial district and a certified copy of this indictment is needed for forwarding to that judicial district.

_____
JONATHAN D. GREENBERG
UNITED STATES MAGISTRATE JUDGE

JUDGE BOYKO