AO 442 (Rev. 11/11) Arrest Warrant

FID: 16325912

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

2018 SEP 20 PM 1:43

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

JUDGE BOYKO

| United States of America | ) |
| v. | ) Case No. |
| | ) |
| | ) |
| | ) 5:18 CR 513 |
| Aaron L. Eisenberg | ) |
| *Defendant* | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Aaron L. Eisenberg,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18:956(h) - Money Laundering Conspiracy

Date:   08/29/2018

*Issuing officer's signature*

City and state:   Cleveland, Ohio

Jonathan D. Greenberg, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)*  8/30/18, and the person was arrested on *(date)*  9/11/18
at *(city and state)*   _____.

Date:  9/12/18

*Arresting officer's signature*   [signed] For DEA

J. GARDNER / USMS
*Printed name and title*