IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:18CR513 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | |
| AARON EISENBERG, et al., | ) | MOTION TO CONTINUE TRIAL |
| | ) | |
| Defendants. | ) | |

    Now comes the United States of America, by and through its counsel, Justin E. Herdman, United States Attorney, and Aaron P. Howell, Assistant United States Attorney, and respectfully requests that this Honorable Court grant a brief continuance of the trial scheduled for April 23, 2019. The case agent will be unavailable the week of April 23, 2019 due to pre-paid travel. The case agent will be available the following week, beginning Monday, April 29, 2019 or any time that the Court may set after that date.

    The United States has and will continue to discuss resolution of the case with each Defendant's counsel. Based upon discussions with defense counsel, the United States anticipates that some of the Defendants will enter into plea agreements prior to the currently scheduled trial date. In the event that one or more Defendants decide to proceed to trial, the United States respectfully requests that this Court grant a brief continuance so that the case agent may be

present to participate in the trial. The United States respectfully requests that this Court enter a finding pursuant to Title 18, United States Code, Section 3161 (h)(7)(A), that the ends of justice served by granting a brief continuance of the trial outweigh the best interest of the public and the defendants in a speedy trial. The case agent conducted this investigation, gathered the evidence, interviewed witnesses and is the primary witness for the United States. This motion is not for the purposes of delay but rather is made in the interest of justice. The granting of the United States request for a brief continuance would not result in any prejudice to the defendants.

          Respectfully submitted,

          JUSTIN E. HERDMAN
          United States Attorney

By:   /s/ Aaron P. Howell
       Aaron P. Howell (OH: 0081347)
       Assistant United States Attorney
       Federal Building
       2 South Main Street, Room 208
       Akron, OH 44308
       (330) 761-0526
       (330) 375-5492 (facsimile)
       Aaron.Howell@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on this 2nd day of April, 2019 a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

    /s/ Aaron P. Howell
    Aaron P. Howell
    Assistant U.S. Attorney