UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION



FILED
MAY 15 2019
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:18cr513 |
| Plaintiff, | ) | |
| | ) | Magistrate Judge Greenberg |
| vs. | ) | |
| | ) | **WAIVER OF PRELIMINARY HEARING** |
| | ) | **RE: BOND VIOLATION** |
| AARON L. EISENBERG, | ) | |
| Defendant. | ) | |

I have been advised by my counsel and by the Court of my right under the Federal Rules of Criminal Procedure to have a preliminary hearing in the above-captioned matter at which the government would have to establish that there was probable cause to believe that I committed the violation with which I have been charged.

I hereby waive my right under the Federal Rules of Criminal Procedure to have such a preliminary hearing.

_____
Defendant

_____
Counsel for Defendant

Approved: _____
Jonathan D. Greenberg
U.S. Magistrate Judge

Date: 05-15-19