UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
MAY 15 2019
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:18CR513 |
| Plaintiff, | ) | Magistrate Judge Greenberg |
| vs. | ) | **WAIVER OF DETENTION HEARING AND ORDER** |
| AARON L. EISENBERG, | ) | |
| Defendant. | ) | |

I, AARON L. EISENBERG, the above named defendant, accused of having violated the terms and conditions of bond release as ordered by the Court and being advised of the nature of the charge and of my rights, and under advice of counsel, do hereby waive in open court my right to a detention hearing and consent that I be held without bail pursuant to Title 18, U.S.C., Section 3142 (e) and (I), reserving the right to revisit the issue of detention at a later date should circumstances change.

_____
Defendant

_____
Counsel for Defendant

IT IS SO ORDERED.

Approved: _____
Jonathan D. Greenberg
U.S. Magistrate Judge

Date: 05-15-19