# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No. 1:18-CR-513-CAB-1 |
| Plaintiff, | : | **JUDGE CHRISTOPHER A. BOYKO** |
| vs. | : | |
| **AARON EISENBERG,** | : | **DEFENDANT AARON EISENBERG'S NOTICE OF INTENT TO PLEAD GUILTY** |
| Defendant. | : | |

NOW COMES the Defendant, Aaron Eisenberg, by and through his undersigned counsel, and hereby provides Notice to the Court that he intends to plead Guilty in this matter. Defendant intends to enter a plea of Guilty pursuant to a Rule 11(c)(1)(A) Plea at a time to be determined by the Court convenient to the Court and the Parties.

Respectfully submitted,

*/s - ANGELO F. LONARDO, ESQ.*

**YELSKY & LONARDO**
**BY: ANGELO F. LONARDO, ESQ.**
Ohio Reg. No. 0032274
323 W. Lakeside Avenue, Suite 450
Cleveland, Ohio  44113
(216) 781-2550 - phone
(216) 781-6688 - telefax
aflonardo@yelskylonardo.com - email

Counsel for **AARON EISENBERG**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 17th day of October, 2019, a copy of the following was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s - ANGELO F. LONARDO, ESQ.*

**ANGELO F. LONARDO, ESQ.**