**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:18cr513-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | ORDER OF REFERRAL TO |
| - vs - | ) | MAGISTRATE JUDGE FOR |
| | ) | PURPOSES OF RECEIVING |
| AARON L. EISENBERG, | ) | DEFENDANT'S PLEA OF GUILTY |
| | ) | |
| Defendant. | ) | |

Pursuant to General Order 99-49, this case is referred to United States Magistrate Judge for purposes of receiving, on consent of the parties,  the defendant's offer of a plea of guilty, conducting the colloquy prescribed by Fed. R. Crim. P. 11, causing a verbatim record of the proceedings to be prepared, referring the matter, if appropriate, for presentence investigation, and submitting a Magistrate Judge's Report and Recommendation stating whether the plea should be accepted and a finding of guilty entered.

IT IS SO ORDERED.

Date:   9/17/19

 s/ Christopher A. Boyko
CHRISTOHPER A. BOYKO
UNITED STATES DISTRICT JUDGE