**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No. 1:18-CR-513-CAB-1 |
| Plaintiff, | : | |
| | : | **JUDGE CHRISTOPHER A. BOYKO** |
| vs. | : | |
| **AARON EISENBERG,** | : | |
| Defendant. | : | |

**DEFENDANT AARON EISENBERG'S MOTION
REQUESTING THE PREPARATION OF A
PRE-PLEA PRE-SENTENCE INVESTIGATION REPORT**

**NOW COMES** the Defendant, **AARON EISENBERG**, by and through his undersigned counsel, and respectfully moves this Honorable Court to authorize the preparation of a pre-plea pre-sentence investigation report.  Based upon this attorney's investigation together with information presented in the indictment and the bond report prepared by the Pretrial Services' officer, there is a need to have a firm picture of Defendant's mental health history.  The granting of this motion will serve to promote judicial economy and a fair and orderly disposition of this case.

Respectfully submitted,

*/s - ANGELO F. LONARDO, ESQ.*
**YELSKY & LONARDO, LLC**
**BY:  ANGELO F. LONARDO, ESQ.**
Ohio Reg. No. 0032274
323 W. Lakeside Avenue, Suite 450
Cleveland, Ohio  44113
(216) 781-2550 - phone
(216) 781-6242 - telefax
aflonardo@yelskylonardo.com - email

Counsel for **AARON EISENBERG**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15th day of October, 2019, a copy of the following was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s - ANGELO F. LONARDO, ESQ.*
**ANGELO F. LONARDO, ESQ.**