## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No. 1:18-CR-00513-CAB-1 |
| Plaintiff, | : | |
| | : | **JUDGE CHRISTOPHER A. BOYKO** |
| vs. | : | |
| **AARON EISENBERG,** | : | **MOTION TO SCHEDULE CHANGE OF PLEA HEARING FOR DEFENDANT AARON EISENBERG** |
| Defendant. | : | |

Now comes the Defendant, **AARON EISENBERG**, by and through his undersigned counsel, and respectfully moves this Honorable Court to schedule a Change of Plea Hearing for the Defendant in this case.

Respectfully submitted,

*/s/- ANGELO F. LONARDO, ESQ.*
**YELSKY & LONARDO**
**BY:  ANGELO F. LONARDO, ESQ.**
Ohio Reg. No. 0032274
323 W. Lakeside Avenue, Suite 450
Cleveland, Ohio  44113
(216) 781-2550 - phone
(216) 781-6688 - telefax
aflonardo@yelskylonardo.com - email

Counsel for **AARON EISENBERG**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 29th day of October, 2019, a copy of the following was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/- ANGELO F. LONARDO, ESQ.*
**ANGELO F. LONARDO, ESQ.**