# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No. 1:18-CR-513-CAB-1 |
| Plaintiff, | : | **JUDGE CHRISTOPHER A. BOYKO** |
| vs. | : | |
| **AARON EISENBERG,** | : | |
| Defendant. | : | |

### DEFENDANT AARON EISENBERG'S
### MOTION TO WITHDRAW PRIOR DEFENSE MOTIONS (DOCKET 187/188)
### AND TO PROCEED TO CHANGE OF PLEA

**NOW COMES** the Defendant, **AARON EISENBERG**, by and through his undersigned counsel, and respectfully moves this Honorable Court to enter an Order acknowledging that the Defendant has withdrawn his prior Motion to Conduct a Detention Hearing (Docket 188) and his prior Motion to Prepare a Pre-Plea Presentence Investigation Report (Docket 187) on the grounds that it is the Defendant's desire to proceed with the Change of Plea negotiated with the United States Government in the herein cause.

**WHEREFORE**, for all of the aforestated reasons, the Defendant, **AARON EIENBERG**, by and through his undersigned counsel, respectfully requests this

Honorable Court to enter an Order withdrawing the prior Motions (Dockets 187/188) filed by the Defendant and to schedule a Change of Plea Hearing in the herein cause.

        Respectfully submitted,

        */s - ANGELO F. LONARDO, ESQ.*
        **YELSKY & LONARDO, LLC**
        **BY:  ANGELO F. LONARDO, ESQ.**
        Ohio Reg. No. 0032274
        323 W. Lakeside Avenue, Suite 450
        Cleveland, Ohio  44113
        (216) 781-2550 - phone
        (216) 781-6688 - telefax
        aflonardo@yelskylonardo.com - email

        Counsel for **AARON EISENBERG**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 5th day of November, 2019, a copy of the following was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

        */s - ANGELO F. LONARDO, ESQ.*
        **ANGELO F. LONARDO, ESQ.**